IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**RICKY LEE FRANKLIN**                                                                                      **PLAINTIFF**

V.                                    CASE NO. 2:25-CV-2127

**ALEX SELKIRK;**
**OFFICER TIM DAVID GOSSETT**
**(Greenwood Police Department);**
**CHIEF OF POLICE BRAD CARL HOBBS**
**(Greenwood Police Department);**
**TRAVIS PLUMMER (City Attorney);**
**DOUG KINSLOW (Mayor of Greenwood); and**
**POLICE OFFICER AYDEN BROWN**
**(Greenwood Police Department)**                                                          **DEFENDANTS**

## ORDER

Before the Court is the Report and Recommendation ("R&R") (Doc. 8) filed in this case on October 21, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. On preservice screening of the Complaint, *see* 28 U.S.C. § 1915A, Magistrate Judge Ford recommends that all causes of action be stayed and that the Court abstain from ruling pursuant to the doctrine set forth in *Younger v. Harris*, 401 U.S. 37 (1971). On October 27, 2025, Plaintiff filed Objections to the R&R, and the Court undertook a *de novo* review of the entire record.

Plaintiff's Objections do not engage with the R&R's reasoning. Instead, Plaintiff merely expresses confusion as to why his claims must be stayed while his state court case is ongoing. The reason is that all claims filed in this Court are intertwined with the state criminal case. The Court agrees with the Magistrate Judge that the case at bar does not present any extraordinary circumstances that suggest the Court should interfere with

1

the state case. Moreover, the federal claims asserted here are capable of being raised in the state case. Accordingly, it is appropriate for this Court to stay the federal claims pending final adjudication of the state appeal. The Objections are therefore **OVERRULED**.

**IT IS ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**. The Clerk of Court is **DIRECTED** to **STAY** and **ADMINISTRATIVELY TERMINATE** this case pending the outcome of the appeal in 66GCR-25-112, *City of Greenwood v. Ricky Lee Franklin*. Plaintiff is **DIRECTED** to immediately inform the Court when the state proceeding has concluded.

**IT IS SO ORDERED** on this 10th day of November, 2025.

                                         */s/ Timothy L. Brooks*
                                         TIMOTHY L. BROOKS
                                         CHIEF UNITED STATES DISTRICT JUDGE